IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRAYSON L. HARE, JR.,

      Plaintiff,                    No. CIV S-12-0136 JAM GGH PS

    vs.

SHIRLEY J. SIMPSON, et al.,        ORDER

      Defendants.

_____/

      Defendants' motion to dismiss presently is calendared for hearing on January 31, 2013, as is plaintiff's motion to strike. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of and in opposition to the pending motions. See E.D. Cal. L.R. 230(g).

      Accordingly, IT IS ORDERED that:

      1. The January 31, 2013 hearing on the motion to motion to dismiss and motion to strike, filed November 30, 2012 and December 20, 2012, respectively, is vacated; and

/////

/////

1

2. The motions are submitted on the record.

DATED: January 24, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Hare0136.vac.wpd